**FILED**

DEC 17 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-cr-2882-TWR |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| JOVANNIE SANCHEZ (4), | |
| Defendant | |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Jovannie Sanchez, in the above referenced case, is dismissed without prejudice.

SO ORDERED AND ADJUDGED.

DATED: 12/17/25

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT COURT JUDGE